Case 1:22-cr-00614-LAP   Document 44   Filed 12/12/23   Page 1 of 1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 12, 2023

**By ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The 30-day extension is granted. The parties shall submit their briefing in accordance with the deadlines below. SO ORDERED.

12/12/2023  *Loretta A. Preska*

Loretta A. Preska
Senior United States District Judge

Re: *United States v. Shukhratjon Mirsaidov*
     No. 22 Cr. 614 (LAP)

Dear Judge Preska:

The Government is in receipt of the petition (the "Petition") filed by Uzbekistan Airways, Inc. in this matter on November 29, 2023, and has begun discussing the contents of the Petition with counsel for Uzbekistan Airways. In order to continue its discussions with counsel for Uzbekistan Airways and determine how the Government intends to respond to the Petition, the Government is seeking a 30-day extension of the current deadline set by the Court for responses to the Petition. Such an extension results in an opposition date of January 17, 2024 and reply date of January 22, 2024. Counsel for Uzbekistan Airways, Inc. does not object to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Christopher D. Brumwell
Assistant United States Attorneys
(212) 637-2477

cc:    All counsel of record (via ECF)