

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York  10278*

March 1, 2024

**By ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *United States v. Shukhratjon Mirsaidov*
                No. 22 Cr. 614 (LAP)

Dear Judge Preska:

     The Government is in receipt of the petition (the "Petition") filed by Uzbekistan Airways, Inc. in this matter on November 29, 2023, and has reached a settlement with Uzbekistan Airways. The parties are currently finalizing their settlement agreement. In order to finalize its settlement agreement with Uzbekistan Airways, the Government is seeking a 14-day extension of the current deadline set by the Court for responses to the Petition. Such an extension results in an opposition deadline of March 16, 2024 and reply deadline of March 23, 2024. Counsel for Uzbekistan Airways, Inc. does not object to this request.

                                  Respectfully submitted,

                                    DAMIAN WILLIAMS
                                    United States Attorney

              by: _____
                                    Christopher D. Brumwell
                                    Assistant United States Attorneys
                                    (212) 637-2477

cc:    All counsel of record (via ECF)

```
The requested 14-day extension is approved.  SO ORDERED.

Date:  03/01/2024
```

_____
LORETTA A. PRESKA
Senior United States District Judge