

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York  10278*

March 14, 2024

**By ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *United States v. Shukhratjon Mirsaidov.*
       **No. 22 Cr. 614 (LAP)**

Dear Judge Preska:

  The Government respectfully requests, with consent of defense counsel, to adjourn the conference currently scheduled for March 18, 2024. The parties have continued and made progress in their plea discussions, and the Government is requesting the adjournment to provide the parties with time to continue their plea discussions before setting any motion or trial schedule. The parties respectfully request that the Court adjourn the conference date for approximately 45 days. Additionally, the Government respectfully requests to exclude time pursuant to 18 U.S.C. § 3161(h)(7)(A), with the consent of defense counsel, until the date of the next conference for the reason stated above.

              Respectfully submitted,

              DAMIAN WILLIAMS
              United States Attorney

      by: _____
              Christopher D. Brumwell
              Assistant United States Attorneys
              (212) 637-2477

cc: All counsel of record (via ECF)