**Igor Niman, Esq.**
**Attorney at Law**
**1909 East 17th Street**
**Brooklyn, NY 11229**
**Phone: (718) 382-1689**
**Fax: (718) 228-6633**

> The request is granted. Pretrial Services shall release Mr. Mirsaidov's passport. **SO ORDERED.**
>
> _/s/ Loretta A. Preska_
> Loretta A. Preska
> United States District Judge
>
> February 10, 2025
> New York, New York

February 6, 2025

By ECF

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        **Re: United States v. Shukhrajon Mirsaidov**
        **No. 22-Cr-614 (LAP)**

Dear Judge Preska:

This letter is written on behalf of Shukhrajon Mirsaidov who was sentenced by this Court on December 17, 2024. On that date, he was scheduled to a term of imprisonment of one year and one day.

Subsequent to her arrest, as a release condition, he agreed to surrender his Uzbekistan international passport issued by Uzbekistan to the Pretrial Services Office, Southern District of New York.

Mr. Mirsaidov is expected to be deported from the United States. Thus, it is of utmost importance to retrieve his Uzbekistan passport in order to facilitate deportation proceedings.

Upon my conversation with supervising officer in the Pretrial Services Office, Southern District of New York, it was confirmed that the passport is in the possession of the Pretrial Services.

By means of this communication, I respectfully request this Court to direct Pretrial Services Office, Southern District of New York to release Mr. Mirsaidov's passport to the undersigned.

        Respectfully submitted,

        /s/
        Igor Niman

Cc:    AUSA Cecilia Vogel (by email)
        U.S. Probation Officer Johnny Kim (by email)