UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br> -against-<br><br> SHUKHRATJON MIRSAIDOV,<br><br>                    Defendants. | 22-CR-614 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant's motion to modify his sentence to impose supervised release, (dkt. no. 105).  The Government shall respond by August 25, 2025.  To the extent that Defendant wishes to reply, he shall do so no later than September 15, 2025.  The Clerk of the Court shall mail a copy of this order to Defendant.

**SO ORDERED.**

Dated:   New York, New York
        August 4, 2025

_____
LORETTA A. PRESKA
Senior United States District Judge